FILED
CLERK, U.S. DISTRICT COURT

AUG 10 2000

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

☑ **Priority**
☑ **Send**
___ **Clsd**
___ **Enter**
___ **JS-5/JS-6**
___ **JS-2/JS-3**
___ **Scan Only**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D2K CONVENTION PLANNING COALITION; et al., | Case No. CV 00-08556 DDP (RZx) |
| Plaintiffs, | STANDING ORDER |
| v. | |
| CHIEF BERNARD PARKS, etc.; et al., | |
| Defendants. | |

**READ THIS ORDER CAREFULLY.  IT CONTROLS THIS CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES.**

This action has been assigned to the calendar of Judge Dean D. Pregerson.

The responsibility for the progress of litigation in the Federal Courts falls not only upon the attorneys in the action, but upon the Court as well.  To secure the just, speedy, and inexpensive determination of every action, Fed. R. Civ. P. 1, all counsel are hereby ordered to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California.[*]

ENTERED ON ICMS

AUG 15 2000

1    The Court further orders as follows:

2    1.  **Service of the Complaint.**  The Plaintiff shall promptly
3    serve the Complaint in accordance with Fed. R. Civ. P. 4 and file
4    the proofs of service pursuant to Local Rule 5.8.

5    2.  **Proposed Orders.**  Each party filing or opposing a motion
6    or seeking the determination of any matter shall serve and file a
7    proposed order which sets forth the relief or action sought and a
8    brief statement of the rationale for the decision, including
9    citation of authorities, that the party requests the Court to
10   adopt.  In addition, if the proposed order exceeds two pages, the
11   proposing party shall also submit the proposed order on a 3½"
12   floppy disk compatible with WordPerfect 5.0, 5.1, or 6.1.

13   3.  **Presence of Lead Counsel.**  The attorney attending any
14   proceeding before this Court, including all status and settlement
15   conferences, must be the lead trial counsel.  Failure to appear for
16   any proceedings is grounds for sanctions.

17   4.  **Motions.**  Motions shall be filed and set for hearing in
18   accordance with Local Rule 7, which provides that motions will be
19   heard on Mondays commencing at 10:00 a.m.  If Monday is a national
20   holiday, this Court does not hear motions on the succeeding
21   Tuesday.  Any motion noticed for a holiday shall automatically be
22   set to the next Monday without further notice to the parties.  Any
23   opposition or reply papers due on a holiday are due the preceding
24   Friday, not the following Tuesday.  Memoranda of Points and
25   Authorities in support of or in opposition to motions shall not
26   exceed 25 pages.  Replies shall not exceed 12 pages.  Only in rare
27   instances, and for good cause shown, will the Court agree to extend
28

2

1 these page limitations.  When citing to legal databases, wherever
2 possible cite to Westlaw rather than Lexis.
3    5.  **Discovery.**  All discovery matters have been referred to a
4 United States Magistrate Judge (see initial designation following
5 the case number) to hear all discovery disputes.  The words
6 "DISCOVERY MATTER" shall appear in the caption of all documents
7 relating to discovery to insure proper routing.  Counsel are
8 directed to contact the Magistrate Courtroom Deputy Clerk for the
9 assigned Magistrate Judge to schedule matters for hearing.
10    The decision of the Magistrate Judge shall be final, subject
11 to modification by the District Court only where it has been shown
12 that the Magistrate Judge's order is clearly erroneous or contrary
13 to law.
14    Any party may file and serve a motion for review and
15 reconsideration before this court.  The party seeking review must
16 do so within ten (10) days of service upon the party of a written
17 ruling or within ten (10) days of an oral ruling that the
18 Magistrate Judge states will not be followed by a written ruling.
19 The motion must specify which portions of the text are clearly
20 erroneous or contrary to law and the claim must be supported by
21 points and authorities.  A copy of the moving papers and responses
22 shall be delivered to the Magistrate Judge's clerk for review upon
23 the filing of the required documents.
24    6.  ***Ex Parte* Applications**.  *Ex parte* applications are
25 considered on the papers and are not usually set for hearing.
26 Counsel are advised that this Court allows *ex parte* applications
27 solely for extraordinary relief -- sanctions may be imposed for
28

1  misuse of *ex parte* applications.  <u>See In re Intermagnetics America,</u>
2  <u>Inc.</u>, 101 B.R. 191 (Bankr. C.D. Cal. 1989).

3      Counsel's attention is directed to Local Rule 7.18.  The
4  moving party shall serve the opposing party by facsimile
5  transmission and shall notify the opposition that opposing papers
6  must be filed not later than twenty-four hours following such
7  facsimile service.  If counsel does not intend to oppose an *ex*
8  *parte* application, they must inform the Courtroom Deputy Clerk,
9  John Chambers at John_Chambers@cacd.uscourts.gov, or telephonically
10  at (213) 894-3913.  As with all motion papers, counsel must deliver
11  a conformed courtesy copy of the papers to the Information Window
12  in Room G-8 (Main Street Level), 312 North Spring Street, Los
13  Angeles, California 90012.  Counsel will be notified by the
14  Courtroom Deputy Clerk of the Court's ruling or of a hearing time
15  and date should the Court determine that a hearing is necessary.

16      7.  **Continuances**.  Counsel requesting a continuance must
17  submit a stipulation with a detailed declaration of the basis for
18  the requested continuance or extension of time and a proposed
19  order.  Continuances will be granted only upon a showing of good
20  cause, focusing on the diligence of the party seeking the
21  continuance and any prejudice that may result if the continuance is
22  denied.  Any continuances that are requested without an
23  accompanying declaration will be rejected without notice to the
24  parties.  The Court sets **firm** trial dates and will not change them
25  without a showing of good cause.

26      8.  **Stipulations**.  No stipulations extending scheduling dates
27  are effective unless approved by this Court.  All stipulations must
28  be accompanied by a detailed supporting declaration and a proposed

order.  See Local Rule 3.11.  Any stipulation not in compliance
with this Order and the Local Rules will be denied without further
notice to the parties.  Counsel wishing to know whether a
stipulation has been signed shall comply with Local Rule 3.5.5.

    9.  **Removed Actions**.  Any answers filed in state court must
be refiled in this Court as a supplement to the petition.  Any
pending motions must be re-noticed in accordance with Local Rule 7.

    10.  **Telephonic Hearings**.  The Court will permit argument on
calendared motions and will conduct status conferences by
conference telephone call if any party who is out of the district
requests a telephone conference and all involved parties consent.
The attorney requesting the conference call shall contact the
Courtroom Deputy Clerk, John Chambers, (213) 894-3913, at least one
week prior to the date scheduled for the motion or conference to
set a time for the call.  The Court usually hears telephonic
conferences at 4:30 p.m. and telephonic motions at 11:30 a.m.

    Opposing counsel may participate by telephone or may be
present in chambers and participate by speaker telephone.  To
assist the Court and staff, participants shall identify themselves
each time they speak, and every participant shall have his or her
own telephone.  No cellular or speaker telephones may be used.

    The attorney requesting the telephone conference must make the
arrangements and place the conference call.  The conference
operator is to place the final call to the Court.  The Court's
number for telephonic status conferences only is (213) 894-6818.

    11.  **Communications with Chambers.**  Counsel shall not attempt
to contact the Court or its staff by telephone or by any other *ex
parte* means, although counsel may contact the Courtroom Deputy

5

1  Clerk with appropriate inquiries.  Counsel should list their
2  facsimile transmission numbers along with their telephone numbers
3  on their papers to facilitate communication by the Courtroom
4  Deputy.

5       12.  **Notice of this Order.**  Counsel for plaintiff, or
6  plaintiff, if appearing on his or her own behalf, shall immediately
7  serve this Order on all parties, including any new parties to the
8  action.  If this case came to the Court by noticed removal, the
9  removing defendant shall serve this Order on all other parties.

10      13.  **Courtesy Copies.**  Counsel shall provide conformed
11  courtesy copies of all motions, responses, and replies in motion
12  matters to the Information Window in Room G-8 (Main Street Level),
13  312 North Spring Street, Los Angeles, California 90012.

14      14.  **Internet Site.**  Counsel are encouraged to review the
15  Central District's website for additional information.  The address
16  is "http;//www.cacd.uscourts.gov".

17

18  Dated: __8-10-00__

    DEAN D. PREGERSON
19                                      United States District Judge

20

    * Copies of the Local Rules are available on our website at
21  "http;//www.cacd.uscourts.gov" or they may be purchased from one of
    the following:
22
        Los Angeles Daily Journal
23      915 East 1st Street
        Los Angeles, California  90012
24
        West Publishing Company
25      610 Opperman Drive
        Post Office Box 64526
26      St. Paul, Minnesota  55164-0526

27      Metropolitan News
        210 South Spring Street
28      Los Angeles, California  90012